**Order entered February 10, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01346-CR

**SANTHOSH KUMAR RATHODE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MA19-22298-C**

### ORDER

The trial court's certification of defendant's right of appeal for this case is not sufficient.

On January 30, 2023, this Court notified County Criminal Court No. 3 by letter that the record in this appeal did not contain a certification of defendant's right of appeal. The letter requested the presiding judge to review the record and

to file within ten days a certification that accurately reflected the trial court's proceedings.

On February 9, 2023, this Court received the certification.  The certification accurately reflects this court's direction for certification, but it does not reflect the trial court's relevant proceedings.

For this Court to have jurisdiction over the appeal, there must be a certification showing the defendant has the right of appeal.  *See* TEX. R. APP. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."). The defendant's right of appeal is determined by the trial court proceedings and, in certain situations, whether the trial court granted the defendant permission to appeal.  The certification filed in this case does not show the defendant has or does not have a right of appeal.

Accordingly, we **ORDER** the Honorable Audrey Moorehead, Presiding Judge of County Criminal Court No. 3, Dallas County, to file on or before **FEBRUARY 21, 2023**, a certification of the defendant's right of appeal that accurately reflects the trial court's proceedings and whether the defendant has the right of appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Audrey Moorehead, Presiding Judge, County Criminal Court No. 3, Dallas County, and to counsel for all parties.

/s/    DENNISE GARCIA
        JUSTICE